AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Doris Walden, Guardian Ad Litem of DED ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   1:12-2344-JMC |
| Allendale County School District ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☒ the plaintiff <u>Doris Walden, Guardian Ad Litem of DED</u> recover from the defendant <u>Allendale County School District</u> the amount of <u>Twelve Thousand, Five Hundred and 00/100</u> dollars (<u>$12,500.00</u>), and this case is dismissed with prejudice.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable J. Michelle Childs presiding. The issues having been reviewed and a decision rendered.

Date:   August 8, 2013                                    *CLERK OF COURT*

                                                                                                s/Angie Snipes
                                                                          _____
                                                                           *Signature of Clerk or Deputy Clerk*